UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTI JONES, | No. 1:15-cv-01417-DAD |
| Plaintiff/Appellee, | |
| v. | ORDER GRANTING EXTENSION OF TIME FOR APPELLANT TO FILE OPENING BRIEF |
| JUAN ENRIQUE HURTADO, | |
| Defendant/Appellant. | (Doc. No. 17) |

On July 6, 2016, appellant Juan Enrique Hurtado filed an application for a nine day extension of time, from July 6, 2016 to July 15, 2016, to file his opening brief on appeal. In support of this request, appellant's counsel Brian Moquin filed a declaration signed under penalty of perjury stating that he unexpectedly was obligated by contract to work overseas in India the week of July 4-8, 2016, making completion of the opening brief extremely difficult. (Doc. No. 17‒1.) Attorney Moquin also declared that if the requested extension of time is granted "[a]ppellant will not request any further extensions of time during the pendency of this appeal." (*Id*. at 2‒3.)

On July 7, 2016, appellee Patti Jones filed an opposition to appellant's request for an extension of time. (Doc. No. 18.) Appellee's counsel argues that appellant has a history of missing deadlines, that appellee scheduled a business trip around the court's scheduling order and that appellant's proposed briefing schedule would conflict with this trip. (*Id.*) Bona submits that

1

1  appellant is delaying the proceedings to buy time to dissipate his assets or otherwise make it
2  difficult for appellee Jones to enforce her judgment.  (*Id.*)
3        The court has considered the application for an extension of time to file appellant's
4  opening brief, the opposition thereto, and the parties' exhibits.  Appellee's opposition to the
5  request is not without merit.  Nonetheless, because appellant seeks merely a nine-day extension of
6  time to file his opening brief on appeal, the court finds the request to be not unreasonable under
7  the circumstances described by appellant's counsel in his declaration.  Accordingly, the court will
8  grant appellant's request and extend the deadline for the filing of the opening brief from July 6,
9  2016 to July 15, 2016.  However, appellant is forewarned that that the court will not grant
10 appellant any further extensions of time in this regard.  Moreover, any failure by appellant to
11 comply with filing deadlines may result in the imposition of sanctions including the possible
12 dismissal of his appeal.  If, in light of this order, appellee's counsel wishes to seek an extension of
13 time to file appellee's brief on appeal, counsel may do so.
14       For the reasons set forth above,
15     1) Appellant's application for an extension of time to file his opening brief (Doc. No. 17)
16        is granted;
17     2) Appellant's opening brief is now to be filed with this court on or before July 15, 2016;
18     3) Appellee's brief shall be filed with this court within thirty (30) days after service of
19        appellant's opening brief[1];
20     4) Appellant may file a reply brief within fourteen (14) days after service of appellee's
21        brief; and
22     5) The court will set the matter for oral argument, if appropriate, after the matter has been
23        fully briefed by the parties.
24 IT IS SO ORDERED.
25 Dated:  **July 7, 2016**       _____
26                       UNITED STATES DISTRICT JUDGE
27
28 [1] Or such later date as set by the court in the event appellee seeks an extension of time.